**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LINDSEY KLEMYK, | CASE NO.: |
| Plaintiff, | |
| v. | |
| AMOS BRETTER AND BEAST COAST MOVING, LLC (N/K/A/ BCM RELOCATION, LLC), | **PETITION FOR REMOVAL BASED UPON DIVERSITY OF CITIZENSHIP** |
| Defendants. | JULY 23, 2021 |

_____

NOW COME petitioners/defendants, Amos Bretter and Beast Coast Moving, LLC (n/k/a BCM Relocation, LLC), by and through their undersigned counsel, and respectfully petition this Honorable Court as follows:

1. Petitioners are the defendants in a civil action captioned *Lindsey Klemyk v. Amos Bretter, et al.,* docket no. HHD-CV21-6144912-S, which suit was filed in the Connecticut Superior Court, Judicial District of Hartford at Hartford (hereafter, the "state court action"). A copy of the Summons and Complaint in the state court action are submitted herewith as Exhibits A and B, respectively.

2. The Complaint in the state court action sounds in negligence and arises from a motor vehicle accident alleged to have occurred at approximately 6:17 p.m. on October 3, 2019 on Interstate 84 westbound in West Hartford. Plaintiff alleges that at that time and place, the defendant driver, Amos Bretter, rear-ended her vehicle in a violent manner,

1

causing her to sustain serious personal injuries and losses. *Please see Exhibit B, Complaint, Count One, Paras. 1 - 4.* The Plaintiff alleges that at the time of the incident, Defendant Bretter was operating his vehicle as the employee and/or agent of Defendant Beast Coast Moving, LLC, which is now known as BCM Relocation, LLC. *Please see Complaint, Count One, Para. 3, and Count Two.*

   3. Among the permanent injuries and losses claimed by the Plaintiff are the following: concussion, headaches, neck injuries, injuries to both arms and both shoulders, and injuries to buttocks and low back. *Please see Complaint, Count One, Para. 8.* The Plaintiff claims these injuries necessitated medical treatment including orthopedic care, x-rays and MRI studies, and physical therapy. She further claims her injuries may be permanent, and that she may need continued treatment into the future. She further claims to have incurred substantial sums for her treatment. *Please see Complaint, Paras. 8 and 9.*

   4. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

   a. By Complaint dated June 22, 2021, Plaintiff filed suit against the Petitioners. Service was accomplished upon Petitioners on or about July 2, 2021, via certified mail. The Complaint seeks venue in the Superior Court of Connecticut, the Judicial District of Hartford at Hartford.

   b. The Plaintiff is citizen and domiciliary of the State of Connecticut. *Please see Exhibit A, Summons.*

  c. Petitioner Amos Bretter is a citizen and domiciliary of the State of New Jersey.

  d. Petitioner Beast Coast Moving, LLC (n/k/a BCM Relocation, LLC) is a sole member limited liability company, organized and existing under the laws of the State of New Jersey, with its principal place of business being Fair Lawn, New Jersey. The sole member of Beast Coast Moving, LLC (n/k/a BCM Relocation, LLC) is Mr. Ben Bretter. Mr. Bretter is a citizen and domiciliary of the State of New Jersey.

  e. In her Complaint, Plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are claimed to be serious and permanent in nature, including those injuries described in detail above. She further asserts a claim of a permanent disability, limited ability to pursue her life's usual activities, and pain and suffering. Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

  5. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

  6. Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioners are subject to personal jurisdiction in Connecticut.

7.      Pursuant to 28 U.S.C. §1446(d), the Petitioners have notified the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford by filing the Notice of Removal attached hereto as *Exhibit C*.

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Hartford at Hartford, docket no. HHD-CV21-6144912-S, be discontinued.

>
> Respectfully submitted,
>
> DEFENDANTS/PETITIONERS,
> AMOS BRETTER AND
> BEAST COAST MOVING, LLC
> (N/K/A BCM RELOCATION, LLC)
>
> By:     /s/ *Michael P. Kenney* _____
>         Michael P. Kenney
>         Federal Bar No. ct26768
>         FREEMAN MATHIS & GARY, LLP
>         185 Asylum St., 6th Floor
>         Hartford CT 06103
>         Ph: 959-202-4978
>         michael.kenney@fmglaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDSEY KLEMYK, | CASE NO.: |
| Plaintiff, | |
| v. | |
| AMOS BRETTER AND BEAST COAST MOVING, LLC (N/K/A/ BCM RELOCATION, LLC), | **CERTIFICATE OF SERVICE** |
| Defendants. | JULY 23, 2021 |

_____

     I hereby certify that on July 23, 2021, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>A copy of the foregoing was mailed to:</u>

John J. Pavano, Esq.
Pavano Dombrowski, LLC
360 Bloomfield Avenue, Suite 200
Windsor CT 06095
*Attorneys for the Plaintiff*

                                                   /s/ *Michael P. Kenney*
                                                Michael P. Kenney
                                                Fed. Bar No. ct26768