RETURN DATE:   AUGUST 3, 2021                          SUPERIOR COURT

LINDSEY KLEMYK                                         JD OF HARTFORD

V.                                                     AT HARTFORD

AMOS BRETTER AND BEAST COAST
MOVING LIMITED LIABILITY COMPANY                       JUNE 22, 2021

**COMPLAINT**

**Count One as to Amos Bretter**

1.      On or around October 3, 2019 at approximately 6:17 p.m., the plaintiff Lindsey Klemyk was traveling westbound in the left hand lane on Interstate 84 near Exit 44, a public highway in West Hartford, Connecticut and was stopped for traffic ahead.

2.      On or about the same time and place, defendant Amos Bretter was operating a Freightliner truck traveling westbound in the left hand lane on Interstate 84 near Exit 44, directly behind and to the rear of the plaintiff's vehicle.

3.      At all times mentioned herein, the vehicle being operated by defendant Amos Bretter was owned by B&M Leasing Corporation and rented by Beast Coast Moving Limited Liability Company and was operating said vehicle as its agent, servant or employee and was operating the vehicle pursuant to his agency, servitude or employment and pursuant to his general authority to operate the vehicle.

4.      Defendant Amos Bretter failed to stop for traffic ahead of him and violently collided with the rear of the plaintiff's vehicle.

- 1 -

**PAVANO DOMBROWSKI, LLC**
360 BLOOMFIELD AVENUE, SUITE 200, WINDSOR, CT 06095
JURIS NUMBER 436550 – 860-219-0779

5.      The collision was caused by the negligence and carelessness of defendant Amos Bretter.

6.      The collision caused injuries and damages to the plaintiff as set forth herein.

7.      Lindsey Klemyk's injuries and damages were caused by the negligence and carelessness of defendant driver Amos Bretter in one or more of the following ways, in that he:

a.      violated General Statutes § 14-240 by following the plaintiff's motor vehicle more closely than is reasonable and prudent, having regard for the speed of such vehicle, the traffic upon and the condition of the highway and weather conditions;

b.      operated the vehicle upon a highway while distracted in violation of General Statutes § 14-296aa(f);

c.      operated the motor vehicle at a rate of speed greater than is reasonable, having regard to the width, traffic and use of the highway, the intersection of streets and weather conditions in violation of General Statutes § 14-218a;

d.      was inattentive to his driving;

e.      failed to apply his brakes in a timely manner or to otherwise turn the vehicle being operated so as to avoid the aforesaid collision;

f.      failed to keep an adequate and proper lookout ahead of his vehicle;

g.      failed to use reasonable care and act as a prudent person when operating his motor vehicle;

h.      failed to sound her horn or otherwise warn of his impending approach;

i.      failed under all the circumstances then and there existing to take reasonable and proper precautions to avoid the probability of harm to the plaintiff;

j.      failed to make proper use of all faculties and senses so as to avoid the aforesaid accident; and/or

k.      failed to exercise reasonable and proper control of his vehicle.

**PAVANO DOMBROWSKI, LLC**
360 BLOOMFIELD AVENUE, SUITE 200, WINDSOR, CT 06095
JURIS NUMBER 436550 – 860-219-0779

8.      By reason of the negligence and carelessness of defendant Amos Bretter, Lindsay Klemyk sustained injuries to her head, including concussion and headaches, neck, right shoulder, right arm, left arm, left shoulder, right buttocks and low back.  These conditions have resulted in pain, discomfort and restriction of motion.  To treat these injuries and conditions, Lindsay Klemyk required physicians' treatment, orthopedic care, diagnostic tests, x-rays, MRI, Injection and physical therapy. She may require additional treatment in the future.  She also required various medications for her pain and discomfort.  It is likely that the plaintiff's injuries are permanent in nature and will be the source of continuing pain and disability.  In addition, she suffered and will in the future continue to suffer great physical and mental pain, including a fear of future disability and fear of future treatment. She has been, and will in the future, be unable to participate in many of the activities in which she engaged prior to said accident.

9.      By further reason of the negligence and carelessness of the defendant driver as aforesaid, Lindsey Klemyk was required to spend substantial sums of money for her medical care and treatment necessitated by the injuries incurred.

10.     At the time she received the aforesaid injuries, the plaintiff was gainfully employed.  As a further result of the injuries she received, the plaintiff lost time from work and incurred lost wages.

**Count Two as to Beast Coast Moving Limited Liability Company**

1.      On or around October 3, 2019 at approximately 6:17 p.m., the plaintiff Lindsey Klemyk was traveling westbound in the left hand lane on Interstate 84 near Exit 44, a public highway in West Hartford, Connecticut and was stopped for traffic ahead.

**PAVANO DOMBROWSKI, LLC**
360 BLOOMFIELD AVENUE, SUITE 200, WINDSOR, CT 06095
JURIS NUMBER 436550 – 860-219-0779

2.      On or about the same time and place, defendant Amos Bretter was operating a Freightliner truck traveling westbound in the left hand lane on Interstate 84 near Exit 44, directly behind and to the rear of the plaintiff's vehicle.

3.      At all times mentioned herein, the vehicle being operated by defendant Amos Bretter was owned by B&M Leasing Corporation and rented by Beast Coast Moving Limited Liability Company and was operating said vehicle as its agent, servant or employee and was operating the vehicle pursuant to his agency, servitude or employment and pursuant to his general authority to operate the vehicle.

4.      Defendant Amos Bretter failed to stop for traffic ahead of him and violently collided with the rear of the plaintiff's vehicle.

5.      The collision was caused by the negligence and carelessness of defendant Amos Bretter.

6.      The collision caused injuries and damages to the plaintiff as set forth herein.

7.      Lindsey Klemyk's injuries and damages were caused by the negligence and carelessness of defendant driver Amos Bretter in one or more of the following ways, in that he:

a.      violated General Statutes § 14-240 by following the plaintiff's motor vehicle more closely than is reasonable and prudent, having regard for the speed of such vehicle, the traffic upon and the condition of the highway and weather conditions;

b.      operated the vehicle upon a highway while distracted in violation of General Statutes § 14-296aa(f);

c.      operated the motor vehicle at a rate of speed greater than is reasonable, having regard to the width, traffic and use of the highway, the intersection of streets and weather conditions in violation of General Statutes § 14-218a;

- 4 -

d.      was inattentive to his driving;

e.      failed to apply his brakes in a timely manner or to otherwise turn the vehicle being operated so as to avoid the aforesaid collision;

f.      failed to keep an adequate and proper lookout ahead of his vehicle;

g.      failed to use reasonable care and act as a prudent person when operating his motor vehicle;

h.      failed to sound her horn or otherwise warn of his impending approach;

i.      failed under all the circumstances then and there existing to take reasonable and proper precautions to avoid the probability of harm to the plaintiff;

j.      failed to make proper use of all faculties and senses so as to avoid the aforesaid accident; and/or

k.      failed to exercise reasonable and proper control of his vehicle.

8.      By reason of the negligence and carelessness of defendant Amos Bretter, Lindsay Klemyk sustained injuries to her head, including concussion and headaches, neck, right shoulder, right arm, left shoulder, left arm, right buttocks and low back  These conditions have resulted in pain, discomfort and restriction of motion.  To treat these injuries and conditions, Lindsay Klemyk required physicians' treatment, orthopedic care, diagnostic tests, x-rays, MRI, Injection and physical therapy. She may require additional treatment in the future.  She also required various medications for her pain and discomfort.  It is likely that the plaintiff's injuries are permanent in nature and will be the source of continuing pain and disability.  In addition, she suffered and will in the future continue to suffer great physical and mental pain, including a fear of future disability and fear of future

**PAVANO DOMBROWSKI, LLC**
360 Bloomfield Avenue, Suite 200, Windsor, CT 06095
Juris Number 436550 – 860-219-0779

treatment. She has been, and will in the future, be unable to participate in many of the activities in which she engaged prior to said accident.

9.      By further reason of the negligence and carelessness of the defendant driver as aforesaid, Lindsey Klemyk was required to spend substantial sums of money for her medical care and treatment necessitated by the injuries incurred.

10.     At the time she received the aforesaid injuries, the plaintiff was gainfully employed.  As a further result of the injuries she received, the plaintiff lost time from work and incurred lost wages.

11.     Defendant Beast Coast Moving Limited Liability Company is vicariously liable for the actions of defendant Bretter.

12.     Defendant Bretter is an employee, agent or servant of defendant Beast Coast Moving Limited Liability Company, and the agency of Amos Bretter is presumed under Connecticut General Statutes §52-183.

PAVANO DOMBROWSKI, LLC
360 BLOOMFIELD AVENUE, SUITE 200, WINDSOR, CT 06095
JURIS NUMBER 436550 – 860-219-0779

WHEREFORE, the plaintiff claims:

1.  Fair, just and reasonable damages;

2.  Monetary relief;

3.  Costs;

4.  Such other, further and different relief as this Court may deem just and reasonable.

THE PLAINTIFF

BY_____

John Jay Pavano
Pavano Dombrowski, LLC

- 7 -

RETURN DATE:   AUGUST 3, 2021                          SUPERIOR COURT

LINDSEY KLEMYK                                                  JD OF HARTFORD

V.                                                                        AT HARTFORD

AMOS BRETTER AND BEAST COAST
MOVING LIMITED LIABILITY COMPANY                  JUNE 21, 2021

### STATEMENT OF AMOUNT IN DEMAND

The amount of injuries and damages, exclusive of interest and costs, is Fifteen

Thousand and 00/100 Dollars ($15,000.00) or more.

THE PLAINTIFF

BY _____
         John Jay Pavano
         Pavano Dombrowski, LLC

- 8 -